**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 19, 2007

Re:  MDL 05 – 1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

<u>Title of Case</u>                                                                                     <u>Case Number</u>
*Hasmik Ter-Martirosyan et al  -v- Pfizer, Inc. et al*                                C-07-4799 CRB

Dear Sir/Madam:

      This is to advise you that the above entitled has been assigned to the Honorable Charles R. Breyer and pursuant to the Court's Pretrial Order No. 1 is made part of the above MDL action.

      The parties are directed to go to this Court's <u>Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation</u> webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

      Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.  Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
    MDL