1  Tamar G. Arminak
   Geragos & Geragos
2  644 Figueroa Street
   Los Angeles, CA 90017
3  Telephone: (213) 625-3900
   Facsimile: (213) 625-1600
4  Email: arminak@geragos.com
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-4799 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Hasmik Ter-Martirosyan, et al.,<br><br>                                Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Hasmik Ter-Martirosyan, Arshaluys Kechechyan, and Freda Zakarian, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

attorneys' fees and costs.

DATED: 8/31, 2010    By: _____

**GERAGOS & GERAGOS**
644 Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 625-1600

*Attorneys for Plaintiffs*

DATED: Oct. 5, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/14/2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE